Opinion issued May 15, 2008















In The
Court of Appeals
For The
First District of Texas


____________

NO. 01-08-00102-CR
____________

TERRON WILLIAM RAMLAL, Appellant

V.

THE STATE OF TEXAS, Appellee




On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1045405 



 
MEMORANDUM OPINION
           Appellant, Terron William Ramlal, has filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

          We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

          We direct the clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).